UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| WESTERN RESERVE MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | Cause No. 1:22-cv-00449-DRL-SLC |
| vs. | ) ) | |
| FREIGHTCO ACQUISITIONS LLC dba FREIGHTCO LLC, and SDI LAFARGA, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now, the respective parties, by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate and agree to the dismissal of the above-captioned cause of action, with prejudice, with each party responsible for their own costs and attorneys' fees.

Respectfully submitted:

| | |
|---|---|
| LEWIS WAGNER, LLP | BOSE MCKINNEY & EVANS LLP |
| */s/ Meghan E. Ruesch* | */s/ Andrew M. McNeil (w/permission)* |
| Meghan E. Ruesch, #32473-49 | Andrew M. McNeil, #19140-49 |
| Edmund L. Abel, #36293-49 | Curtis T. Jones, #24967-49 |
| *Counsel for Plaintiff Western Reserve Mutual Casualty Company* | *Counsel for Defendant FreightCo Acquisitions, LLC, d/b/a FreightCo, LLC* |

ROTHBERG LOGAN & WARSCO LLP

*/s/ Jordan S. Huttenlocker (w/ permission)*
Jason A. Scheele, #23121-53
Jordan S. Huttenlocker, #30351-02
***Counsel for Defendant SDI LaFarga, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Jason A. Scheele/Jordan S. Huttenlocker | Curtis T. Jones/Andrew M. McNeil |
| ROTHBERG LOGAN & WARSCO LLP | BOSE McKINNEY & EVANS LLP |
| 505 East Washington Blvd. | 111 Monument Circle, Suite 2700 |
| Fort Wayne, IN 46802 | Indianapolis, IN 46204 |
| jscheele@rothberg.com | cjones@boselaw.com |
| jhuttenlocker@rothberg.com | amcneil@boselaw.com |
| ***Attorney for SDI LaFarga, LLC*** | ***Attorney for FreightCo Acquisitions LLC dba FreightCo LLC*** |

/s/ *Meghan E. Ruesch*
MEGHAN E. RUESCH

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone: (317) 237-0500
Facsimile: (317) 630-2790
mruesch@lewiswagner.com
cwilson@lewiswagner.com